UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23969-LEIBOWITZ/AUGUSTIN-BIRCH

**MELISSA FARMER, et al.,**

 *Plaintiffs,*

*v.*

**BENJAMIN COUSINS, M.D., et al.,**

 *Defendants.*
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon Defendants Benjamin J. Cousin, M.D. and Lauren Luck's First Motion for Attorney's Fees and Costs [ECF No. 32] (the "Motion"), filed on March 29, 2025. Upon due consideration, the Motion [ECF No. 32] is hereby referred to **United States Magistrate Judge Panayotta Augustin-Birch** for a report and recommendation consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**DONE AND ORDERED** in the Southern District of Florida on April 15, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record